IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT F. CALLOWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 04-0708-P-D |
| | ) |
| JO ANNE B. BARNHART, Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

After due and proper consideration of all portions of this file deemed relevant to the issues raised, with no objections having been filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated September 21, 2005 (doc.15), is hereby ADOPTED as the opinion of this court.

Accordingly, it is ORDERED that the decision of the Commissioner of Social Security denying plaintiff benefits be and is hereby AFFIRMED, that judgment be entered in favor of the Commissioner of Social Security, and that this action be and is hereby DISMISSED.

DONE this 14th day of November, 2005.

  S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE